UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL BUXBAUM,<br><br>                              Plaintiff,<br><br>       -against-<br><br>ZILLOW, INC.,<br><br>                             Defendant. | 24 CIVIL 10054 (LTS)<br><br>**CIVIL JUDGMENT** |

      For the reasons stated in the February 11, 2025, order, this action is dismissed.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 12, 2025
             New York, New York

                                                            /s/ Laura Taylor Swain
                                                         LAURA TAYLOR SWAIN
                                          Chief United States District Judge